UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:

JOHN THOMAS FRUITTICHER JR.,          Case No. 15-30421-KKS
                                       Chapter 7
    Debtor.
_____/

BEACH COMMUNITY BANK,

    Plaintiff,
v.                                     Adv. Pro. No. 15-03015-KKS

JOHN THOMAS FRUITTICHER, JR.,

    Defendant.
_____/

### DEBTOR'S MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

John Thomas Fruitticher, Jr. (the "**Debtor**"), by and through his undersigned counsel, respectfully requests the entry of an order extending the time to file a notice of appeal under Rules 8002(a)(1) and 8002(d) of the Federal Rules of Bankruptcy Procedure ("**F.R.B.P.**") of the *Order Granting Beach Community Bank's Motion for Partial Summary Judgment* (Doc. No. 102) and the *Final Judgment* (Docs. No. 103 & 104) (collectively, the "**Final Judgment**"), and states the following as grounds:

1.    On December 27, 2017, this Court entered its Final Judgment in this adversary proceeding. Pursuant to Rule 8002(a)(1), the time to file a notice of appeal is Wednesday, January 10, 2018.

2.    The Debtor intends to appeal the Final Judgment. Concurrently with this motion, the Debtor will file a motion to certify the Final Judgment for direct appeal to the Eleventh Circuit under 28 U.S.C. § 158(d).

3. Under Rule 8002(d), a bankruptcy court may extend the time to file a notice of appeal upon request. Extending the time to file a notice of appeal will allow this Court to consider the Debtor's motion to certify the Final Judgment for direct appeal to the Eleventh Circuit. Under Rule 8002(d)(3), this Court may extend the time to file a notice of appeal for 21 days after the time prescribed by Rule 8002(a)(1), which is January 31, 2018.

WHEREFORE, the Debtor respectfully requests the entry of an order extending the time to file a notice of appeal under Rule 8002(a)(1) through and including January 31, 2018, and for such further relief as this Court deems necessary and just.

DATED this 9th day of January 2018.

*/s/ Jodi D. Cooke*
Edward J. Peterson (FBN 14612)
Jodi Daniel Cooke (FBN 52651)
Stichter, Riedel, Blain & Postler, P.A.
41 North Jefferson Street, Suite 111
Pensacola, Florida  32502
Telephone: (850) 637-1836
Facsimile: (850) 791-6545
Email: epeterson@srbp.com
Email: jcooke@srbp.com
Attorneys for Debtor/Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendant's Motion to Extend to File Notice of Appeal has been furnished on this 9th day of January, 2018, by electronic mail to:

Robert Sterling Rushing on behalf of Plaintiff Beach Community Bank
rushing@carverdarden.com, hammock@carverdarden.com

*/s/ Jodi D. Cooke*
Attorneys for Debtor/Defendant