UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:                                                            Chapter 7

JOHN THOMAS FRUITTICHER JR.,                Case No. 15-bk-30421-KKS

    Debtor.
_____/

BEACH COMMUNITY BANK,

    Plaintiff,

v.                                                                Adv. Pro. No. 15-ap-03015-KKS

JOHN THOMAS FRUITTICHER, JR.,

    Defendant.
_____/

## NOTICE OF APPEAL

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):
   John Thomas Fruitticher, Jr.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☒ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: Order Granting Beach Community Bank's Motion for Partial Summary Judgment (Adv. Doc. No. 102); Final Judgment (Adv. Doc. No. 103).

2. State the date on which the judgment, order, or decree was entered: December 27, 2017

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: John Thomas Fruitticher, Jr.    Attorney: Edward J. Peterson, III, Esq.
   Jodi Daniel Cooke, Esq.
   41 North Jefferson Street, Suite 111
   Pensacola, Florida 32502
   Telephone: (850) 637-1836

2. Party: Beach Community Bank    Attorney: Robert S. Rushing, Esq.
   Travis M. Morock, Esq.
   801 W. Romana Street, Suite A
   Pensacola, Florida 32502
   Telephone: (850) 266-2300


/s/ Jodi Daniel Cooke                                   Date: January 31, 2018
Signature of attorney for appellant(s) (or
appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

   Jodi Daniel Cooke (FBN 52651)
   Stichter, Riedel, Blain & Postler, P.A.
   41 North Jefferson Street, Suite 111
   Pensacola, Florida 32502
   Telephone: (850) 637-1836


Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.