UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

JOHN THOMAS FRUITTICHER, JR.,                    CASE NO. 15-30421-KKS

    Debtor.
_____

BEACH COMMUNITY BANK,

    Plaintiff,

v.                                               ADV. PROC. NO. 15-03015

JOHN THOMAS FRUITTICHER, JR.,

    Defendant.

## FINAL JUDGMENT

In accordance with the court's order granting partial summary judgment, it is hereby ordered, adjudged, and decreed that judgment is entered in favor of the plaintiff and against the defendant on count one of the amended complaint and that the debtor John Thomas Fruitticher, Jr. is denied a discharge pursuant to 11 U.S.C. § 727(a)(2)(A). The remaining counts of the amended complaint are dismissed without prejudice.

Dated: December 27, 2017

_____
HENRY A. CALLAWAY
U.S. BANKRUPTCY JUDGE